UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>W. J. SULLIVAN, et al.,<br><br>    Defendants. | 1:05-CV-01015-REC-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH ORDER OF SEPTEMBER 27, 2005<br>(DOCUMENT #6) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2005, plaintiff filed a motion to extend time to comply with the court's order of September 27, 2005. The order required plaintiff to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, or in the alternative, to pay the $250.00 filing fee. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to comply with the court's order of September 27, 2005.

IT IS SO ORDERED.

**Dated:   November 3, 2005**           **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE