# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | CASE NO. 1:05-CV-1015-REC-DLB-P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REVOKING PLAINTIFF'S IFP STATUS, AND ORDERING PLAINTIFF TO PAY $250.00 FILING FEE IN FULL WITHIN FIFTEEN DAYS |
| v. | |
| W. J. SULLIVAN, et al., | |
| Defendants. | (Doc. 16) |

Plaintiff Lonnie Williams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 6, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within fifteen days. Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 6, 2006, is adopted in full;

2. Plaintiff's in forma pauperis status is revoked;

3. Within **fifteen (15) days** from the date of service of this order, Plaintiff shall pay the

1

1             $250.00 filing fee in full; and

2        4.   If plaintiff fails to pay the filing fee in full within fifteen days, this action shall be
3             dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   February 16, 2006**                    /s/ Robert E. Coyle
668554                                            UNITED STATES DISTRICT JUDGE