UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,  1:05-cv-01015-AWI-DLB-P

    Plaintiff,  **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 18)

vs.

    **ORDER DISMISSING ACTION**

W.J. SULLIVAN, et al.,

    Defendants.
_____/

    Plaintiff, Lonnie Williams ("Plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 30, 2006, the Magistrate Judge filed Findings and Recommendation herein which recommended this action be dismissed for Plaintiff's failure to obey the court's order that he pay the filing fee for this action. The Findings and Recommendations were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On May 3, 2006, Plaintiff filed

1

objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C.§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  In his objections, Plaintiff contends that the Magistrate Judge, without any authority, ordered him to pay the filing fee.  Plaintiff argues this action cannot be dismissed for Plaintiff's failure to comply with this unlawful order. Having carefully reviewed the entire file, the court finds the Findings and Recommendation to be supported by the record and by proper analysis.

A review of this file reveals that Plaintiff was originally granted in forma pauperis status.  However, on January 6, 2006, the Magistrate Judge entered Findings and Recommendations that recommended Plaintiff's in forma pauperis status be revoked pursuant 28 U.S.C. § 1915(g) because on three of more occasions Plaintiff has had actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted. These Findings and Recommendations were served on Plaintiff at the address Plaintiff had provided the court.   On February 16, 2006, the District Court Judge then assigned to this action adopted these Findings and Recommendations and ordered Plaintiff to pay the filing fee within fifteen days.  Again, this order was served at on Plaintiff at the address Plaintiff had provided the court.   When Plaintiff did not pay the filing fee, on March 30, 2006, the Magistrate Judge filed Findings and Recommendations that this action be dismissed for Plaintiff's failure to comply with the court's order.   Based on these court records, the court finds that Plaintiff's in forma pauperis status was properly

revoked and Plaintiff was given adequate notice that he needed to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 30, 2006, are ADOPTED IN FULL; and,

2. This action is DISMISSED based on Plaintiff's failure to obey the court's order of February 16, 2006.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                   **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE