UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LONNIE WILLIAMS, | ) | 1:05-CV-01015-AWI-DLB-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION |
| v. | ) ) | (DOCUMENT #23) |
| W. J. SULLIVAN, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2006, plaintiff filed a motion to extend time to file a motion for reconsideration of the order of July 7, 2006, in which District Judge Anthony J. Ishii adopted the Magistrate's findings and recommendation and dismissed the action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a motion for reconsideration.

IT IS SO ORDERED.

Dated: September 5, 2006                    /s/ Dennis L. Beck
3c0hj8                                  UNITED STATES MAGISTRATE JUDGE